UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff, | )<br>)<br>) | |
| vs. | ) | CAUSE NO. 1:24-mj-0270-KMB |
| JOSHUA BORUM,<br>       Defendant. | )<br>)<br>) | - 01 |

**COURTROOM MINUTES FOR MARCH 19, 2024**
<u>**HONORABLE KELLIE M. BARR, MAGISTRATE JUDGE**</u>

Parties appeared for a Rule 5(c)(3) hearing on the Complaint filed on March 18, 2024, in the District of Columbia (1:24-mj-0099). Defendant appeared in person and by FCD counsel Leslie Wine. Government represented by AUSA Kathryn Olivier. USPO represented by Megan Stevens.

Financial affidavit approved. Counsel appointed.

Charges and rights were read and explained.

Defendant signed a waiver of his right to an identity hearing, production of the warrant, and any preliminary or detention hearing to which he may be entitled in this District.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need only have some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

Government did not seek detention of the Defendant pending trial. Defendant ordered released on conditions of pretrial release pending further proceedings. Defendant is to report to the District of Columbia on April 2, 2024, at 12:30 p.m. (Eastern) via Zoom.

Date: March 22, 2024



Distribution List:

All counsel of record via Court's ECF System